UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY MORRIS,

    Plaintiff,

    v.

STATE BAR OF CALIFORNIA AT SAN FRANCISCO; SAFECO INSURANCE COMPANY, et al.,

    Defendants.

_____/

No. C 07-2890 PJH

**ORDER RELIEVING PARTIES OF REQUIREMENTS OF GENERAL ORDER 56 AND SETTING BRIEFING SCHEDULE**

On February 4, 2008, the instant case was reassigned to the undersigned judge. Having reviewed the documents on file in this action, including the complaint, the court has determined that the ADA claims alleged by plaintiff are but a small portion of the total claims alleged. Accordingly, although the case has been flagged for compliance with scheduling requirements of General Order 56, the court hereby excuses all parties from compliance with those requirements.

The motion to dismiss filed by defendants The State Bar of California, the State Bar Board of Governors, the State Bar Lawyer Assistance Program, and the Office of the Chief Trial Counsel, filed prior to reassignment of the instant action, shall remain pending before the undersigned. The hearing shall take place on **March 19, 2008**. Plaintiff's opposition brief to the motion shall be due no later than February 27, 2008. Defendant's reply brief shall be due no later than March 5, 2008. All briefs shall be filed in compliance with Civil Local Rules 7-3 and 7-4.

**IT IS SO ORDERED.**

Dated: February 6, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge