UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY MORRIS,

    Plaintiff,

    v.

STATE BAR OF CALIFORNIA AT SAN FRANCISCO; SAFECO INSURANCE COMPANY, et al.,

    Defendants.
_____/

No. C 07-2890 PJH

**ORDER GRANTING LIMITED CONTINUANCE**

Before the court is plaintiff Gregory Morris' motion to continue the March 19, 2008 hearing date on the State Bar of California defendants' pending motion to dismiss. Plaintiff, who is currently incarcerated in the Fresno County Jail, seeks to continue the hearing to a date subsequent to September 17, 2008 – after which plaintiff expects to be released from his incarceration. Defendants have opposed the motion.

Generally speaking, defendants' opposition raises legitimate grounds for denying plaintiff's motion. Plaintiff appears to have already been in custody when he filed his complaint, and the federal rules normally require defendants to respond to the complaint within 20 days of service, which means that defendants' motion is timely. Moreover, as an incarcerated civil plaintiff who voluntarily chose to bring this action, plaintiff is not guaranteed to be present at the hearing on defendants' dismissal motion, as a matter of course. Furthermore, plaintiff cannot represent to the court with any certainty that he will definitively be released from his incarceration "sometime in June of 2008," as plaintiff claims. Finally, and in view of all the foregoing, the court finds that plaintiff's request for a six month continuance of the hearing date, is unreasonable and would unduly prejudice

defendants.

The court will, however, give plaintiff an additional opportunity to submit an opposition brief in response to defendants' motion. Accordingly, the court hereby GRANTS a limited continuance with respect to defendants' motion to dismiss, as follows: plaintiff shall submit an opposition brief no later than March 28, 2008. Defendants shall submit their reply brief no later than April 4, 2008. Defendants' motion will thereafter be submitted on the papers, however. The March 19, 2008 hearing date is therefore VACATED.

**IT IS SO ORDERED.**

Dated: February 29, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge