# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MORRIS,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br><br>          Defendants. | 1:09-cv-00026 LJO GSA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Document 93) |

Plaintiff is proceeding with a civil action in this Court, alleging numerous violations of his civil rights and other federally protected rights. On December 17, 2009, the Magistrate Judge filed Findings and Recommendations regarding Plaintiff's failure to serve the summons and complaint upon several of the seventeen defendants named in the complaint. The Magistrate Judge recommended the dismissal of the unserved defendants. The Findings and Recommendations were served on all parties and contained notice that any objections thereto were to be filed within ten (10) days. To date, no objections to the Magistrate Judge's Findings and Recommendations have been filed.

//

//

//

In accordance with the provisions of Title 28 of the United States Code section 636(b), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 17, 2009, are **ADOPTED IN FULL**; and

2. Defendants Safeco Insurance Company, Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Robert Dirscal, Crawford and Company, Option One Mortgage Company, Long Beach Mortgage Company, Premier Trust Deed Services Company, and San Francisco Safeco Legal Services Company be **DISMISSED** without prejudice from this action for Plaintiff's (1) failure to take measures to accomplish service of process upon the aforementioned Defendants; and (2) failure to comply with the Magistrate Judge's November 24, 2009, order to show cause why the summons and complaint had not been served in compliance with Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**Dated:   December 28, 2009**          /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE