# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MORRIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE BAR OF CALIFORNIA, et al.,<br><br>　　　　　　Defendants. | 1:09-cv-00026 LJO GSA<br><br>**ORDER REGARDING PLAINTIFF'S UNTIMELY OBJECTION**<br><br>(Document 97) |

　　　　On December 17, 2009, the Magistrate Judge filed Findings and Recommendations regarding Plaintiff's failure to serve the summons and complaint upon several of the seventeen defendants named in the complaint. Any objections were to be filed within ten (10) days. (Doc. 93.) No objections were filed within the ten-day period. On December 28, 2009, this Court issued its Order Adopting Findings and Recommendations. (Doc. 96.)

　　　　The following day, on December 29, 2009, Plaintiff filed untimely objections to the Magistrate's Findings and Recommendations. Notwithstanding the untimeliness of the document, its content would not have altered the Court's order to adopt the Magistrate's findings and to dismiss the unserved Defendants.

IT IS SO ORDERED.

**Dated:   December 30, 2009**　　　　　　　　　/s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE