IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MORRIS, | CASE NO. CV F 09-0026 LJO GSA |
| Plaintiff, | **ORDER REGARDING EIGHTH CAUSE OF ACTION** |
| vs. | |
| STATE BAR OF CALIFORNIA, et al., | |
| Defendants. | |

    The Court has *sua sponte* read and reviewed Plaintiff's Eighth Cause of Action alleging Intentional Infliction of Emotional Distress as against Defendant Donald McAlpine. (*See* Complaint, ¶¶ 129-133.) The Court finds the claim is insufficient to sustain a viable cause of action as alleged. It lacks the necessary and required factual specificity. Plaintiff is hereby provided limited leave to amend this cause of action only. Plaintiff must do so within fifteen (15) days of the date of this Order. In the event Plaintiff fails to act within that period, the Court will dismiss the Eighth Cause of Action in its entirety.

IT IS SO ORDERED.

Dated:   July 23, 2010                              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1