1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| GREGORY MORRIS,               ) | Case No. 1:09-CV-0026- LJO-GSA |
|                               ) | |
|         Plaintiff,            ) | JUDGMENT ON BEHALF OF THE |
|                               ) | CITY OF FRESNO AND DONALD |
|    v.                         ) | MACALPINE |
|                               ) | |
| STATE BAR OF CALIFORNIA AT SAN ) | |
| FRANCISCO; SAFECO INSURANCE   ) | |
| COMPANY; SAFECO INSURANCE     ) | |
| AMERICA; SAFECO INSURANCE     ) | |
| COMPANY OF ILLINOIS; STATE BAR OF ) | |
| CALIFORNIA LAWYERS ASSISTANCE ) | |
| PROGRAM; BOARD OF GOVERNORS;  ) | |
| CITY OF FRESNO; FRESNO FIRE   ) | |
| DEPARTMENT; DON MACALPINE;    ) | |
| ROBERT DRISCAL; CRAWFORD AND  ) | |
| COMPANY; OPTION ONE MORTGAGE  ) | |
| COMPANY; LONG BEACH MORTGAGE  ) | |
| COMPANY; PREMIER TRUST DEED   ) | |
| SERVICES COMPANY; FRESNO COUNTY ) | |
| DISTRICT ATTORNEY'S OFFICE;   ) | |
| ELIZABETH EGAN; SAN FRANCISCO ) | |
| SAFECO LEGAL SERVICES COMPANY; ) | |
| and DOES 1 through 275, INCLUSIVE, ) | |
|                               ) | |
|         Defendants.           ) | |
| _____) | |
|                               ) | |

Order re MSJ

1    By order on June 9, 2010, this Court granted Summary Judgment in favor of the City of
2 Fresno and Partial Summary Judgment/Summary Adjudication on behalf of Donald MacAlpine.
3 (See Doc. 115, Order on Defendant City of Fresno and MacAlpine's Motion for Summary
4 Judgment.)  Thereafter, the Court dismissed the sole remaining cause of action against
5 MacAlpine, the Eighth Cause of Action. (See Doc. 14).  The Court thereafter issued an order
6 denying plaintiff's request for relief from summary judgment (Doc. 167); and an order denying
7 leave to amend. (Doc. 166). The Court reaffirmed its summary judgment order on October 8,
8 2010. (Doc. 167).  Pursuant to Rule 54(b), this case (1) involves multiple claims against multiple
9 defendants; (2) all claims against the City of Fresno and Donald MacAlpine have been
10 adjudicated or dismissed, and (4) there is no just cause to delay entry of final judgment as to
11 these defendants.

12    THEREFORE, IT IS ORDERED AND ADJUDGED AND DECREED that judgment is
13 entered in favor of Defendants City of Fresno and Donald MacAlpine and against Plaintiff
14 Gregory Morris.  Plaintiff shall take nothing against these defendants by way of his operative
15 Complaint and defendants may recover their costs of suit as permitted by statute.

    IT IS SO ORDERED.

**Dated:   October 14, 2010**                     **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE