UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MORRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE BAR OF CALIFORNIA AT SAN FRANCISCO; SAFECO INSURANCE COMPANY; SAFECO INSURANCE AMERICA; SAFECO INSURANCE COMPANY OF ILLINOIS; STATE BAR OF CALIFORNIA LAWYERS ASSISTANCE PROGRAM; BOARD OF GOVERNORS; CITY OF FRESNO; FRESNO FIRE DEPARTMENT; DON MACALPINE; ROBERT DRISCAL; CRAWFORD AND COMPANY; OPTION ONE MORTGAGE COMPANY; LONG BEACH MORTGAGE COMPANY; PREMIER TRUST DEED SERVICES COMPANY; FRESNO COUNTY DISTRICT ATTORNEY'S OFFICE; ELIZABETH EGAN; SAN FRANCISCO SAFECO LEGAL SERVICES COMPANY; and DOES 1 through 275, INCLUSIVE,<br><br>    Defendants. | Case No. 1:09-CV-0026- LJO-GSA<br><br>JUDGMENT ON BEHALF OF THE COUNTY OF FRESNO AND ELIZABETH EGAN |

By order filed on December 2, 2010, this Court granted Judgment on the Pleadings in favor of the defendants County of Fresno and District Attorney Elizabeth Egan. (See Doc. 179.) No other claims remain against these parties. Pursuant to Rule 54(b), this case (1) involves multiple claims against multiple defendants; (2) all claims against the County of Fresno and Elizabeth Egan have been adjudicated or dismissed, and (3) there is no just cause to delay entry of final judgment as to these defendants.

THEREFORE, IT IS ORDERED AND ADJUDGED AND DECREED that judgment is entered in favor of Defendants County of Fresno and District Attorney Elizabeth Egan and against Plaintiff Gregory Morris.  Plaintiff shall take nothing against these defendants by way of his operative Complaint and defendants may recover their costs of suit as permitted by statute.

IT IS SO ORDERED.

**Dated:   December 2, 2010**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE